# EXHIBIT D



# UPDATE TO AMAZON FLEX TERMS OF SERVICE

We're emailing you to let you know that we recently updated our Amazon Flex Terms of Service. By continuing to use the Amazon Flex app, you accept the Terms of Service, as updated. You can find them in the app by going to Main Menu > Settings > View Legal Information > Independent Contractor Terms of Service.

Thanks for delivering with Amazon Flex!





© 2019 Amazon.com, Inc. or its affiliates. Amazon, Amazon.com, Prime, 1-Click and all related logos are trademarks of Amazon.com, Inc. or its affiliates.