# EXHIBIT E



# Updated Terms of Service

We're emailing you to let you know that we recently updated our Amazon Flex Terms of Service, which include, among other things, the addition of our Amazon Flex Rewards Program Terms and Conditions, updates to our Arbitration Agreement and our new Workplace Harassment Policy.

After 14 calendar days from the date of this email, by continuing to use the Amazon Flex app, you accept the Terms of Service and arbitration agreement, as updated. You can find them in the app by going to Main Menu > Settings > View Legal Information > Independent Contractor Terms of Service.

Thanks for delivering with Amazon Flex!

1



SITE TERMS | PRIVACY POLICY © 2021, Amazon.com, Inc. or its affiliates